IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SOMPHASONG SOUKHAVONG, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-25-CV-700-KC |
| § | |
| KRISTI NOEM et al., § | |
| § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. Somphasong Soukhavong filed a Petition for a Writ of Habeas Corpus, ECF No. 1. In answer to the Court's Show Cause Order, ECF No. 4, Respondents filed their Response, ECF No. 5, in opposition to Soukhavong's Petition.

Respondents argue that Soukhavong's detention is lawful and that any relief requested under *Zadvydas* "is premature because he has been detained less than six months." Resp. 2–3. And that although Soukhavong cannot be removed to Laos due to his grant of deferral of removal under the Convention Against Torture ("CAT"), Soukhavong can still be removed to a third country. *Id.* at 1. In support, they submit the Declaration of Assistant Field Office Director Angelo Garite, ECF No. 5-1. Garite states that Soukhavong is subject to a final removal order from 2003. Decl. Angelo Garite ("Garite Decl.") ¶ 5. On October 28, 2025, Soukhavong was "taken into immigration custody" and served with DHS Form 1-294 Warning to Alien Ordered Removed or Deported, and Form I-205 Warrant of Removal/Deportation. *Id.* ¶¶ 8–9. According to Garite, "ERO has been trying to identify a third-party country that will accept [Soukhavong] to execute the Final Order of Removal." *Id.* ¶ 15.

Given that Soukhavong's removal would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents on the concrete steps taken to identify third countries that will accept Soukhavong, the status and dates of any requests made to these countries regarding travel documents, and an estimated timeline for Soukhavong's removal.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than February 13, 2026**, detailing the following:

(1) Whether any third countries for removal have been identified;

(2) the requirements for obtaining travel documents from the identified third countries on behalf of Soukhavong and whether any obstacles exist to obtaining such travel documents;

(3) the concrete steps taken to obtain travel documents for Soukhavong; and

(4) the anticipated timeline for Soukhavong's removal from the United States.

**IT IS FURTHER ORDERED** that Soukhavong may file a reply to Respondents' Response **by no later than February 23, 2026**.

**SO ORDERED.**

SIGNED this 7th day of January, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE